**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Shalionda Berry
                                        Plaintiff,

v.                                      Case No.: 1:15−cv−07337
                                        Honorable Amy J. St. Eve

E and E Holdings, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 31, 2015:

    MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff filed a complaint on August 21, 2015. Plaintiff has failed to pay the filing fee or file an IFP application. Plaintiff has until September 14, 2015 to either pay the filing fee or file an IFP application. Failure to do so will result in dismissal of the case. The Court hereby stays the issuance of the summons until the filing fee is paid or an IFP application is granted. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.