IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shalionda Berry , <br><br> Plaintiff(s), <br><br> v. <br><br> E & E Holdings, Inc., <br><br> Defendant(s). | Case No. 15 C 7337 <br> Judge Amy J. St. Eve |

### ORDER

Plaintiff's application for leave to proceed in forma pauperis [5] is granted.

Date: 9/10/2015

_____
Amy J. St. Eve
United States District Judge