UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Shalionda Berry
                              Plaintiff,

v.                                                Case No.: 1:15–cv–07337
                                                                     Honorable Amy J. St. Eve

E and E Holdings, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 5, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 10/5/2015 and continued to 10/19/2015 at 08:30 AM. Plaintiff failed to appear. Failure to appear at future hearings may result in dismissal for failure to prosecute. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.