## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Shalionda Berry

Plaintiff,

v.                                                          Case No.: 1:15−cv−07337
                                                            Honorable Amy J. St. Eve

E and E Holdings, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 19, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 10/19/2015. In light of settlement, this case is hereby dismissed, without prejudice, with leave to reinstate by 11/9/15. After 11/9/15, said dismissal will be with prejudice. All other pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.